UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

LYNNETTE TATUM-RIOS, *individually and on behalf of all others similarly situated*,

                        Plaintiff,

-against-

HACKWITH DESIGN HOUSE, LLC,

                        Defendant.

------------------------------------ x

ORDER

21 Civ. 1874 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiff's request for a thirty (30) day extension to serve Defendant, (ECF No. 8), is GRANTED. Plaintiff's time to serve is extended to October 23, 2021. The initial conference is adjourned from September 28, 2021 to November 2, 2021 at 9:30 a.m.

Dated: September 23, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE