UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

LYNNETTE TATUM-RIOS, *individually and on behalf of all others similarly situated*,

                              Plaintiff,

      -against-

HACKWITH DESIGN HOUSE, LLC,

                             Defendant.

------------------------------------- X

OCT 27 2021

ORDER

21 Civ. 1874 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference is adjourned from November 2, 2021 to January 18, 2022 at 9:30 a.m.

Dated: October 27, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE