UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

LYNNETTE TATUM-RIOS, *individually and on behalf of all others similarly situated*,

                       Plaintiff,

-against-

HACKWITH DESIGN HOUSE, LLC,

                       Defendant.

------------------------------------ x

ORDER

21 Civ. 1874 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from January 18, 2022 to February 22, 2022 at 9:30 a.m.

Dated: January 11, 2022
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE