UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

LYNNETTE TATUM-RIOS, *individually and on behalf of all others similarly situated*,

        Plaintiff,

-against-

HACKWITH DESIGN HOUSE, LLC,

        Defendant.

------------------------------------ x

ORDER

21 Civ. 1874 (GBD)

GEORGE B. DANIELS, District Judge:

  The initial conference is adjourned from February 22, 2022 to April 19, 2022 at 9:30 a.m.

Dated: February 15, 2022
   New York, New York

                SO ORDERED.

                *George B. Daniels*
                GEORGE B. DANIELS
                UNITED STATES DISTRICT JUDGE