UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

LYNNETTE TATUM-RIOS, *individually and on behalf of all others similarly situated*,

                       Plaintiff,

-against-

HACKWITH DESIGN HOUSE, LLC,

                       Defendant.

------------------------------------ x

ORDER

21 Civ. 1874 (GBD) (OTW)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached settlement resolving this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: March 28, 2022
       New York, New York

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE